

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 13, 2023

<u>VIA ECF</u>
Hon. Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, New York 10007

> Re:  *Cuevas v. United States*, No. 22 Civ. 9405 (GHW) (JW)

Dear Judge Willis:

      This Office represents the government in the above-captioned action, in which plaintiff Malbin Rafael Cuevas alleges that the government improperly detained him in immigration custody from December 2015 until May 2016 and asserts claims under the Federal Torts Claims Act. On behalf of both parties, I write respectfully to request an adjournment of the initial pretrial conference scheduled for March 9, 2023, and associated deadlines, with a status report due to the Court in 60 days.

      The parties are endeavoring to resolve this matter without further intervention of the Court, but need more time to determine if a resolution is feasible. To that end, the parties propose updating the Court in 60 days as to the progress of settlement negotiations. At that point, if resolution does not seem possible, the parties will request that the Court re-calendar the initial pretrial conference.

      This is the parties' first request for an adjournment of the initial pretrial conference.

      I thank the Court for its consideration of this request.

The conference scheduled for March 9, 2023 is ADJOURNED.  The Parties are directed to file a status update letter with the Court by April 14, 2023.

*Jennifer E. Willis*
Jennifer E. Willis
United States Magistrate Judge

February 14, 2023

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:  */s/ Jessica F. Rosenbaum*
    JESSICA F. ROSENBAUM
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Telephone: (212) 637-2777
    E-mail: jessica.rosenbaum@usdoj.gov

cc:  Counsel of record (via ECF)